# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CANNIZZARO, | Case No.: 2:24-cv-06227-PD |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,600.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 4, 2025

*Patricia Donahue*

THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3     /s/ *Denise Bourgeois Haley*
4  BY: _____
      Denise Bourgeois Haley
5     Attorney for plaintiff Christine Cannizzaro

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26